IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-cv-609-GCM

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Plaintiffs,

v.

PERKINS MANAGEMENT SERVICES COMPANY,

Defendant.

**ENTRY OF DEFAULT JUDGMENT**

THIS CAUSE COMING BEFORE THE COURT for entry of default judgment by the Clerk pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default judgment against Perkins Management Services Company.

IT APPEARING TO THE COURT that Plaintiffs' claim is for a sum certain, Defendant has been defaulted for not appearing, and Defendant is not a minor, incompetent person, or in active military service.

NOW THEREFORE, default judgment is hereby entered against Defendant Perkins Management Services Company for $93,832.66, plus interest at the legal rate under 28 U.S.C. § 1961 from June 24, 2019, and $402.00 in costs and expenses.

Signed: March 22, 2022

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court

63183456.v1